# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 76542 |
| KEVIN FERNANDEZ,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 76544 ✓ |
| KEVIN FERNANDEZ,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 76545<br><br>**FILED**<br><br>AUG 0 9 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEALS

These are pro se appeals from judgments of conviction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

This court's review of these appeals reveals a jurisdictional defect. The notices of appeal were untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction

18-30725

in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider these appeals, and we ORDER these appeals DISMISSED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc: Hon. Robert W. Lane, District Judge
Kevin Fernandez
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk